Teresa L. Huggins (Bar No. 263257)
thuggins@waymakerlaw.com
Ryan G. Baker (Bar No. 214036)
rbaker@waymakerlaw.com
Christopher R. Moses (Bar No. 353436)
cmoses@waymakerlaw.com
Benjamin S. Williams (Bar No. 366994)
bwilliams@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorneys for Plaintiff*
*Michael Terrance Armstrong*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| MICHAEL TERRANCE ARMSTRONG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LINDE GAS & EQUIPMENT INC.; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. CV-26-3392-DMG (AJRx)<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Michael Terrance Armstrong ("Plaintiff") and Defendant Linde Gas & Equipment Inc. ("Defendant," and, together, the "Parties"), through their counsel of record, stipulate as follows:

WHEREAS, Plaintiff filed his Complaint in Los Angeles County Superior Court on January 30, 2026, and Defendant removed the action to this Court on March 30, 2026 (Dkt. 1);

WHEREAS, on July 15, 2026, the Court issued its Scheduling and Case Management Order for Jury Trial, setting a Final Pretrial Conference for May 25, 2027, a jury trial for June 22, 2027, and related pretrial deadlines (Dkt. 13 (the "Scheduling Order")), and referred the case to ADR Procedure No. 3, with the ADR proceeding to be completed by April 27, 2027 (Dkt. 12);

WHEREAS, on August 25, 2026, Plaintiff's prior counsel, Jaurigue Law Group, requested leave to withdraw as counsel (Dkt. 14), and on September 25, 2026, the Court granted the request, after which Plaintiff proceeded pro se (Dkt. 18);

WHEREAS, on October 8, 2026, the Court notified Plaintiff that its pro bono coordinator had located pro bono counsel for him (Dkt. 20), and on November 2, 2026, Teresa L. Huggins and Christopher R. Moses of Waymaker LLP filed notices of appearance as counsel of record for Plaintiff (Dkts. 21, 22), Ryan G. Baker filed a notice of appearance on November 9, 2026 (Dkt. 23), and Benjamin S. Williams filed a notice of appearance on November 13, 2026 (Dkt. 24);

WHEREAS, Plaintiff's current counsel received a partial case file from prior counsel on November 3, 2026, and is working to obtain the complete file;

WHEREAS, under the current Scheduling Order, initial expert disclosures are due December 9, 2026, approximately five weeks after Plaintiff's current counsel appeared, and non-expert discovery closes January 22, 2027;

WHEREAS, no party has previously requested a modification of the Scheduling Order;

WHEREAS, counsel for the Parties met and conferred on November 6 and 9, 2026 and agree that good cause exists under Federal Rule of Civil Procedure 16(b)(4) to continue the dates in the Scheduling Order by seventeen weeks (approximately four months), so that Plaintiff's newly appointed pro bono counsel can obtain and review the complete case file, complete fact and expert discovery, participate meaningfully in the Court-ordered mediation, and prepare the case for trial;

WHEREAS, a continuance of seventeen weeks preserves the intervals between deadlines and the days of the week set in the Scheduling Order;

WHEREAS, this stipulation is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested continuance; and

WHEREAS, the good cause supporting this stipulation is set forth more fully in the concurrently filed Declaration of Teresa L. Huggins;

NOW, THEREFORE, the Parties, through their counsel of record, hereby STIPULATE AND AGREE, and respectfully request that the Court ORDER, that the dates in the Scheduling Order be continued as follows:

| Matter | Current Date | Proposed Date |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | Fri., Aug. 21, 2026 | Fri., Dec. 18, 2026 |
| Initial Expert Disclosure & Report Deadline | Wed., Dec. 9, 2026 | Wed., Apr. 7, 2027 |
| Rebuttal Expert Disclosure & Report Deadline | Wed., Jan. 6, 2027 | Wed., May 5, 2027 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | Fri., Jan. 22, 2027 | Fri., May 21, 2027 |
| Motion Cut-Off (filing deadline) | Fri., Feb. 12, 2027 | Fri., June 11, 2027 |

| Matter | Current Date | Proposed Date |
|---|---|---|
| Expert Discovery Cut-Off (includes hearing of discovery motions) | Fri., Mar. 5, 2027 | Fri., July 2, 2027 |
| Last Hearing Date for Dispositive Motions | Fri., Mar. 12, 2027 | Fri., July 9, 2027 |
| Settlement Conference / ADR Completion Date | Tue., Apr. 27, 2027 | Tue., Aug. 24, 2027 |
| Joint Status Report re Settlement | Tue., May 4, 2027 | Tue., Aug. 31, 2027 |
| Motions in Limine Filing Deadline | Tue., May 4, 2027 | Tue., Aug. 31, 2027 |
| Opposition to Motions in Limine Filing Deadline | Tue., May 11, 2027 | Tue., Sept. 7, 2027 |
| Proposed Pretrial Conference Order; Contentions of Fact/Law; Pretrial Exhibit Stipulation; Joint Exhibit List; Witness Lists & Joint Trial Witness Time Estimate Form; Agreed Statement of the Case; Proposed Voir Dire Questions; Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions; Verdict Forms | Tue., May 4, 2027 | Tue., Aug. 31, 2027 |
| Final Pretrial Conference (2:00 p.m.) | Tue., May 25, 2027 | Tue., Sept. 21, 2027 |
| Jury Trial (8:30 a.m.; 5-day estimate) | Tue., June 22, 2027 | Tue., Nov. 2, 2027 |

All other provisions of the Scheduling Order shall remain in effect.

IT IS SO STIPULATED.

DATED: November 16, 2026 WAYMAKER LLP

By: */s/ Teresa L. Huggins*
TERESA L. HUGGINS
*Attorneys for Plaintiff Michael Armstrong*

DATED: November 16, 2026

LITTLER MENDELSON, P.C.

By: */s/ Benjamin A. Emmert*
BENJAMIN A. EMMERT
*Attorneys for Defendant*
*Linde Gas & Equipment Inc.*

**ATTESTATION**

I, Teresa L. Huggins, am the ECF user whose credentials are being used to file this Stipulation to Modify the Scheduling Order. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 16, 2026

WAYMAKER LLP

By: */s/ Teresa L. Huggins*
TERESA L. HUGGINS
*Attorneys for Plaintiff Michael Armstrong*