Teresa L. Huggins (Bar No. 263257)
thuggins@waymakerlaw.com
Ryan G. Baker (Bar No. 214036)
rbaker@waymakerlaw.com
Christopher R. Moses (Bar No. 353436)
cmoses@waymakerlaw.com
Benjamin S. Williams (Bar No. 366994)
bwilliams@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorneys for Plaintiff*
*Michael Terrance Armstrong*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

MICHAEL TERRANCE ARMSTRONG, an individual,

Plaintiff,

v.

LINDE GAS & EQUIPMENT INC.; and DOES 1 through 50, inclusive,

Defendant.

Case No. CV-26-3392-DMG (AJRx)

**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER**

The Court, having considered the Parties' Stipulation to Modify the Scheduling Order (the "Stipulation") and the Declaration of Teresa L. Huggins filed in support of it, and finding good cause under Federal Rule of Civil Procedure 16(b)(4), hereby GRANTS the Stipulation and ORDERS as follows:

1. The Scheduling and Case Management Order for Jury Trial (Dkt. 13) is modified as follows:

| **Matter** | **Current Date** | **Proposed Date** |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | Fri., Aug. 21, 2026 | Fri., Dec. 18, 2026 |
| Initial Expert Disclosure & Report Deadline | Wed., Dec. 9, 2026 | Wed., Apr. 7, 2027 |
| Rebuttal Expert Disclosure & Report Deadline | Wed., Jan. 6, 2027 | Wed., May 5, 2027 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | Fri., Jan. 22, 2027 | Fri., May 21, 2027 |
| Motion Cut-Off (filing deadline) | Fri., Feb. 12, 2027 | Fri., June 11, 2027 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | Fri., Mar. 5, 2027 | Fri., July 2, 2027 |
| Last Hearing Date for Dispositive Motions | Fri., Mar. 12, 2027 | Fri., July 9, 2027 |
| Settlement Conference / ADR Completion Date | Tue., Apr. 27, 2027 | Tue., Aug. 24, 2027 |
| Joint Status Report re Settlement | Tue., May 4, 2027 | Tue., Aug. 31, 2027 |
| Motions in Limine Filing Deadline | Tue., May 4, 2027 | Tue., Aug. 31, 2027 |
| Opposition to Motions in Limine Filing Deadline | Tue., May 11, 2027 | Tue., Sept. 7, 2027 |

| Matter | Current Date | Proposed Date |
|---|---|---|
| Proposed Pretrial Conference Order; Contentions of Fact/Law; Pretrial Exhibit Stipulation; Joint Exhibit List; Witness Lists & Joint Trial Witness Time Estimate Form; Agreed Statement of the Case; Proposed Voir Dire Questions; Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions; Verdict Forms | Tue., May 4, 2027 | Tue., Aug. 31, 2027 |
| Final Pretrial Conference (2:00 p.m.) | Tue., May 25, 2027 | Tue., Sept. 21, 2027 |
| Jury Trial (8:30 a.m.; 5-day estimate) | Tue., June 22, 2027 | Tue., Nov. 2, 2027 |

2. The ADR proceeding under ADR Procedure No. 3 (Dkt. 12) shall be completed no later than August 24, 2027.

3. All other provisions of the Scheduling Order remain in effect.

IT IS SO ORDERED.

DATED: ______________________, 2026

HON. DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE





WAYMAKER